**Slip Op. 99 - 58**

## UNITED STATES COURT OF INTERNATIONAL TRADE

### BEFORE: RICHARD W. GOLDBERG, JUDGE

ASOCIACION DE PRODUCTORES DE
SALMON Y TRUCHA DE CHILE AG,

   Plaintiff,

    v.

UNITED STATES INTERNATIONAL
TRADE COMMISSION,

   Defendant,

COALITION FOR FAIR ATLANTIC
SALMON TRADE,

   Defendant-Intervenor.

Court No. 98-09-02759

<u>ORDER</u>

Upon consideration of the June 8, 1999 motion for remand of defendant United States International Trade Commission ("the Commission"), the June 28, 1999 response in support of remand of plaintiff Asociacion de Productores de Salmon y Trucha de Chile AG, and the June 28, 1999 response in opposition to remand of defendant-intervenor Coalition for Fair Atlantic Salmon Trade, it is hereby

**ORDERED** that the above-captioned action is remanded to the Commission to reopen the administrative record to verify the accuracy of its foreign production, shipments, and capacity data; and it is further

**ORDERED** that the Commission shall take any action necessary after reexamining the foreign production, shipments, and capacity data; and it is further

**ORDERED** that the Commission shall issue a remand determination within ninety (90) days of the date of this order, with no further extensions; and it is further

**ORDERED** that defendant and defendant-intervenor shall file response briefs to plaintiff's motion for judgment upon the agency record within thirty (30) days of the date on which the Commission issues its remand determination, and that those parties shall incorporate comments to the remand determination, if any, into said response briefs; and it is further

**ORDERED** that plaintiff shall file a reply brief within twenty-five (25) days of the date of service of defendant and defendant-intervenor's response briefs, and that plaintiff shall incorporate comments to the remand determination, if any, into said reply brief.

**SO ORDERED.**

_____
Richard W. Goldberg
JUDGE

Date:      July 2, 1999
           New York, New York